IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ANDRES OLIVA-AYALA                                                                PETITIONER
ADC #140725

V.                          NO. 5:12cv00111 SWW-JTR

RAY HOBBS, Director,                                                              RESPONDENT
Arkansas Department of Correction

## ORDER

Respondent has filed a Response (docket entry #13) arguing that Petitioner's 28 U.S.C. § 2254 habeas claims should be dismissed. A Reply to the Response would be helpful to resolution of this action.

IT IS THEREFORE ORDERED THAT Petitioner is directed to file, **on or before July 25, 2012,** a Reply addressing the arguments for dismissal raised in the Response.

DATED THIS 25th DAY OF June, 2012.

_____
UNITED STATES MAGISTRATE JUDGE