## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

ANDRES OLIVA-AYALA                                                          PETITIONER
ADC #140725

V.                                          NO. 5:12CV00111-SWW-JTR

RAY HOBBS, Director,                                                      RESPONDENT
Arkansas Department of Correction

## ORDER

      The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray.  No objections have been filed.  After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.  Judgment will be entered accordingly.

      IT IS THEREFORE ORDERED THAT this Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254 (docket entry #2) is DENIED, and that this case is DISMISSED with prejudice.  IT IS FURTHER ORDERED THAT a Certificate of Appealability is DENIED pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts.

      DATED this 12th day of October, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE