# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

ANDRES OLIVA-AYALA                                                                PETITIONER
ADC #140725

V.                                    NO. 5:12CV00111-SWW-JTR

RAY HOBBS, Director,                                                              RESPONDENT
Arkansas Department of Correction

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this 28 U.S.C. § 2254 action is DISMISSED, WITH PREJUDICE.

DATED this 12th day of October, 2012.


/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE